Brad William **FRICKE,**
Petitioner/Appellant,

v.

Holly Sue **FRICKE,**
Respondent/Respondent.

No. 65788.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 20, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 31, 1995.

Gael D. Wood, James W. McGettigan, Jr., Eckelkamp, Eckelkamp, Wood, and Kuenzel, Washington, for appellant.

Cynthia Eckelkamp, Eckelkamp & Witthaus, Union, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Father appeals from the trial court's judgment, in mother's action for modification of a February 19, 1984, dissolution decree, ordering an increase in the amount of father's child support obligation and ordering father to pay mother's attorney's fees for the modification action. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. A written opinion would have no precedential value. Rule 84.16(b).